TRACEY HAYNES ET AL. *v.* CITY OF MIDDLETOWN

The plaintiffs' petition for certification for appeal from the Appellate Court, 122 Conn. App. 72 (AC 30964), is granted, limited to the following issue:

"Did the Appellate Court properly affirm the trial court's setting aside the jury's verdict because the plaintiffs failed to plead the imminent harm exception to municipal immunity in their reply?"

NORCOTT and EVELEIGH, Js., did not participate in the consideration of or decision on this petition.

The Supreme Court docket number is SC 18665.

*William F. Gallagher* and *Michael L. Oh*, in support of the petition.

Decided September 8, 2010